IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | CR-2-11-109 |
| -v.- | : | JUDGE SMITH |
| | : | |
| ALEX W. BRICKER, | : | |
| Defendant. | : | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on June 29, 2011, this Court entered a Preliminary Order of Forfeiture, ordering the above-named Defendant Alex W. Bricker to forfeit to the United States the Defendant's interest in the property subject to forfeiture in Forfeiture A of the Information pursuant to 18 U.S.C. §§2253(a)(1) and (3);

WHEREAS, for 30 consecutive days beginning October 7, 2011, the United States published notice of this forfeiture on the government's internet site www.forfeiture.gov, which provided potential claimants notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with the law and further notifying all third parties of their right to petition the Court within sixty (60) days of the initial publication date for a hearing to adjudicate the validity of their alleged legal interest in the property. There are no parties known to the United States who may have interest in the subject property;

WHEREAS, on November 30, 2011, this Court held Defendant Alex

W. Bricker's sentencing hearing and verbally pronounced the forfeiture of the subject property and issued its Judgment ordering Defendant Alex W. Bricker to forfeit to the United States the property described herein;

WHEREAS, no petitions asserting a legal interest in the forfeited property were filed and the time for the filing of such petitions has expired;

WHEREAS, the Court finds that Defendant Alex W. Bricker had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. §2253(a)(1) and (3) for violations of 18 U.S.C. §§2252(a)(4)(B);

**NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED**:

1. That all right, title and interest in and to the hereinafter described property be and is hereby **FORFEITED** to the United States of America, said property being described as:

    (A) All matter containing said visual depictions or child pornography and child erotica, transported, mailed, shipped, and possessed in violation of 18 U.S.C. §2252(a)(4)(B); and

    (B) All property used and intended to be used to commit and to promote the commission of the aforementioned violation, including but not limited to the following:

    **(1) One (1) Seagate hard-drive, SN: 9VS0SY7F, including its contents;**

    **(2) One (1) Western Digital hard-drive, SN: WCAPD2944032, including its contents;**

    **(3) One (1) Western Digital hard-drive, SN: WMAL81461417, including its contents;**

  **(4) One (1) Apple iMac computer, SN: W873817SZCT, including its contents; and,**

  **(5) One (1) Armor desktop computer, no Serial Number, including its contents.**

  2. That the United States Marshals Service shall dispose of the property according to law.

  3. That any and all claims and interests in and to the above described forfeited property are forever barred and no right, title or interest in the forfeited property shall exist in any other person or entity, and the United States of America shall have clear title to said property and may warrant good title thereto.

  **ORDERED** this 29th day of March, 2012.


              *s/George C. Smith*
               HONORABLE GEORGE C. SMITH
               UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

CARTER M. STEWART
United States Attorney


 s/Michael J. Hunter
MICHAEL J. HUNTER (0076815)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-5653
Michael.Hunter @usdoj.gov